| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MOLLWAY, SUSAN O | 2. Court or Organization<br><br>District of Hawaii | 3. Date of Report<br><br>6/1/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States District Court<br>300 Ala Moana Boulevard, #C409<br>Honolulu, HI 96850-0409 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 JUN 10 A 10: 5. FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | State Agency (erroneously listed in Part III A in 2002 report) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Note: Mortgage listed on previous rpt. paid off when non-income-producing apt. sold in 2003. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Western Wireless common stock | | None | J | T | | | | | |
| 2. Hawaii State Federal Credit Union common stock | A | Interest | J | T | | | | | |
| 3. American Savings Bank, FSB | A | Interest | J | T | | | | | |
| 4. Columbus Life Insurance | A | Interest | J | T | | | | | |
| 5. Illinois College Savings Bonds | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bond Series EE | A | Interest | J | T | | | | | |
| 7. Vanguard INST Index 401k | | None | L | T | | | | | |
| 8. Prudential Stable Value 401k | | None | K | T | | | | | |
| 9. Fidelity Growth and Income 401k | | None | L | T | | | | | |
| 10. Putnam New Opportunities 401k | | None | J | T | | | | | |
| 11. MFS Total Return Fund (IRA #1) | | None | J | T | | | | | |
| 12. MFS Total Return Fund (IRA #2) | | None | J | T | | | | | |
| 13. EV Worldwide (IRA #1) | | None | J | T | | | | | |
| 14. EV Worldwide (IRA #2) | | None | J | T | | | | | |
| 15. Scudder Gold (IRA #1) | | None | J | T | Buy | 9/4 | J | A | |
| 16. Scudder Gold (IRA #2) | | None | J | T | Buy | 9/4 | J | A | |
| 17. Sun America Focused (IRA #1) | | None | J | T | | | | | |
| 18. Sun America Focused (IRA #2) | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Sun America Focused (Main IRA) | | None | K | T | | | | | |
| 20. Sun America Blue Chip Growth (Main IRA) | | None | K | T | | | | | |
| 21. AIM Blue Chip (Main IRA) | | None | K | T | | | | | |
| 22. AIM Age (529) | | None | J | T | | | | | |
| 23. Alliance Bernsetin (Main IRA) | A | Dividend | K | T | | | | | |
| 24. Alliance Bernsetin Small (Main IRA) | | Dividend | J | T | | | | | |
| 25. Fidelity Advisor Interim (Main IRA) | A | Dividend | L | T | Buy | 8/13 | J | T | |
| 26. Ing Pilgrim Financial (Main IRA) | | None | K | T | | | | | |
| 27. John Hancock Real (Main IRA) | A | Dividend | J | T | | | | | |
| 28. John Hancock Regional (Main IRA) | A | Dividend | J | T | | | | | |
| 29. PIMCO Total Return (Main IRA) | A | Dividend | K | T | | | | | |
| 30. ML Large Cap (Main IRA) | | None | K | T | | | | | |
| 31. Merrill Lynch Global (Main IRA) | A | Dividend | J | T | | | | | |
| 32. ML Bank | A | Interest | J | T | | | | | |
| 33. MFS Equity Portfolio (529) | | None | J | T | | | | | |
| 34. MLM 75% Equity (529) | | None | J | T | | | | | |
| 35. MLIM Equity Portfolio (529) | | None | J | T | | | | | |
| 36. Alliance Quality Bond (x) | A | Dividend | | | Inherit/Sell | 3/17 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Federated Govt. Inc. Sec. (x) | A | Dividend | | | Inherit/Sell | 3/6 | J | A | |
| 38. Fidelity Adv. Govt. Invest. (x) | A | Dividend | | | Inherit/Sell | 3/13 | J | A | |
| 39. Fidelity Adv. Muni. Inc. (x) | A | Dividend | | | Inherit/Sell | 1/15 | J | A | |
| 40. Prudential Govt. Income (x) | A | Dividend | | | Inherit/Sell | 3/21 | J | A | |
| 41. Sun America GMNA (x) | A | Dividend | | | Inherit/Sell | 2/20 | J | A | |
| 42. Van Kampen Govt. Sec. (x) | A | Dividend | | | Inherit/Sell | 1/15 | J | A | |
| 43. Agere (x) | A | Dividend | J | T | Inheritance | | | | |
| 44. Alliance Growth Inc. (x) | A | Dividend | | | Inherit/Sell | 3/3 | J | A | |
| 45. Dryden Govt Inc. (x) | A | Dividend | | | Inherit/Sell | 9/30 | J | A | |
| 46. Dryden Ultra (x) | A | Dividend | J | T | Inheritance | | | | |
| 47. Exxon Mobil (x) | A | Dividend | J | T | Inheritance | | | | |
| 48. FPL Group (x) | A | Dividend | J | T | Inheritance | | | | |
| 49. Federated Cap (x) | A | Dividend | J | T | Inheritance | | | | |
| 50. Federated Kaufmn (x) | A | Dividend | J | T | Inheritance | | | | |
| 51. Fidelity Adv Eq (x) | A | Dividend | | | Inherit/Sell | 2/20 | J | A | |
| 52. Fidelity Adv Tel (x) | A | Dividend | | | Inherit/Sell | 3/10 | J | A | |
| 53. Fidelity Adv VII Tec (x) | A | Dividend | J | T | Inheritance | | | | |
| 54. Fidelity Adv Fin (x) | A | Dividend | | | Inherit/Sell | 3/3 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Ing Principal (x) | A | Dividend | | | Inherit/Sell | 3/3 | J | A | |
| 56. Lucent Tech (x) | A | Dividend | J | T | Inheritance | | | | |
| 57. NCR Corp (x) | A | Dividend | J | T | Inheritance | | | | |
| 58. Jennison Eq Opp (x) | A | Dividend | J | T | Inheritance | | | | |
| 59. Jennison 20/20 (x) | A | Dividend | J | T | Inheritance | | | | |
| 60. Strategic Partners (x) | A | Dividend | | | Inherit/Sell | 3/3 | J | A | |
| 61. Sun America Eq (x) | A | Dividend | | | Inherit/Sell | 2/24 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date _June 3, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544